12    JAMES MORRIS and Another, Individually and as Administrators with Letters of Administration with Limitations of the Estate of KRISTY L. MORRIS, Also Known as KRISTY LOUISE MORRIS, deceased, Appellants, v ONTARIO COUNTY, Respondent, et al., Defendants. (Appeal No. 1.) [54 NYS3d 917]—Appeal from an order of the Supreme Court, Ontario County (Frederick G. Reed, A.J.), entered May 20, 2016. The order granted the motion of defendant Ontario County for summary judgment dismissing the complaint against it and denied as moot the cross motion of plaintiffs for partial summary judgment against defendant Ontario County.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Morris v Ontario County* ([appeal No. 2] 152 AD3d 1185 [2017]). Present—Lindley, J.P., DeJoseph, NeMoyer and Curran, JJ.